# NORTHERN DISTRICT OF OHIO
# MEMORANDUM



DATE: October 23, 2006

TO: The Honorable Solomon Oliver, U.S. District Judge

FROM: Suzanne Evans, U.S. Pretrial Services Officer

SUBJECT: ELLIS, Dewayne
1:04 CR272-1

Your Honor, on October 18, 2006, this officer met with the defendant at Oriana House and he expressed an interest in finding his own apartment in Cleveland. He is currently employed part-time at West Park Direct and is looking for a second job. He reported he has been saving his money so he can pay rent. The defendant has been compliant and has not violated his conditions of release.

Pretrial Services has no objection to the defendant leaving Oriana House if he is able to obtain suitable housing that is approved by Pretrial Services for electronic monitoring. Please advise if a hearing is needed to address the defendant's request to leave Oriana House.

11/1/2006 - Request is granted.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR. - UNITED STATES DISTRICT JUDGE